**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 8 WAL 2018
                                :
                Respondent    :
                                :  Petition for Allowance of Appeal from
                                :  the Order of the Superior Court
          v.             :
                                :
                                :
BLAISE P. TUNSTALL,             :
                                :
                Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.